IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Bankr. Case No. 11-20059-svk |
| Archdiocese of Milwaukee, | Chapter 11 |
| Debtor. | |

ARCHDIOCESE OF MILWAUKEE,

       Plaintiff,                               Adv. Pro. No. 12-02835-svk

and

DONALD MARSHALL,
DEAN WEISSMULLER,

       Additional Plaintiffs,

v.

STONEWALL INSURANCE COMPANY,
UNDERWRITERS AT LLOYD'S, LONDON, et al.

       Defendants.

**NOTICE OF APPEARANCE:
STONEWALL INSURANCE COMPANY**

MARK S. NELSON
Nelson, Connell, Conrad, Tallmadge & Slein, S.C.
N14 W23755 Stone Ridge Drive, Suite 150
P.O. Box 1109
Waukesha, WI 53187-1109
Telephone (262) 347-0303
Facsimile (262) 347-0606
Email: mnelson@ncctslaw.com

PLEASE TAKE NOTICE that Mark S. Nelson of the law firm of Nelson, Connell, Conrad, Tallmadge & Slein, S.C., has been retained by and appears for the defendant, Stonewall Insurance Company, in the above-entitled adversary proceeding, and without consenting to or waiving any rights with respect to jurisdiction, hereby requests copies of all notices, papers and pleadings given or filed in this adversary proceeding. All such documents should be addressed and emailed as follows:

> MARK S. NELSON
> Nelson, Connell, Conrad, Tallmadge & Slein, S.C.
> N14 W23755 Stone Ridge Drive, Suite 150
> P.O. Box 1109
> Waukesha, WI 53187-1109
> Telephone (262) 347-0303
> Facsimile (262) 347-0606
> email: mnelson@ncctslaw.com

Additionally, I request that my name be added to any mailing matrix which may be on file with the Clerk in the adversary proceeding.

Dated at Waukesha, Wisconsin this 15th day of January, 2013.

> NELSON, CONNELL, CONRAD,
> TALLMADGE & SLEIN, S.C.
>
> By: /s/ Mark S. Nelson
> MARK S. NELSON
> State Bar Number: 1014760
> E-mail: mnelson@ncctslaw.com

**P.O. ADDRESS:**
N14 W23755 Stone Ridge Drive, Suite 150
P.O. Box 1109
Waukesha, WI 53187-1109
Telephone (262) 347-0303
Facsimile (262) 347-0606

## CERTIFICATE OF SERVICE

I certify that on January 15, 2013, I served a full and correct copy of the *NOTICE OF APPEARANCE: STONEWALL INSURANCE COMPANY* on all interested parties receiving notice in this case via the Court's CM/ECF electronic notice system, as follows:

| | |
|---|---|
| Jeffery Anderson | jeff@andersonadvocates.com |
| Bruce G. Arnold | barnold@whdlaw.com |
| Gillian N. Brown | gbrown@pszjlaw.com |
| Kenneth H. Brown | kbrown@pszjlaw.com |
| Daryl L. Diesing | ddiesing@whdlaw.com |
| Michael Finnegan | mike@andersonadvocates.com |
| Lindsey M. Johnson | ljohnson@whdlaw.com |
| Francis H. LoCoco | flococo@whdlaw.com |
| Albert Solochek | alsolochek@hswmke.com |
| James I. Stang | jstang@pszjlaw.com |
| Catalina J. Sugayan | catalina.sugayan@sedgwicklaw.com |
| Marcos Cancio | marcos.cancio@sedgwicklaw.com |
| John Rothstein | jar@quarles.com |
| David Muth | dpm@quarles.com |
| Russ Roten | rwroten@duanemorris.com |
| Jeff Kahane | jkahane@duanemorris.com |

Dated at Waukesha, Wisconsin this 15th day of January, 2013.

/s/ Mark S. Nelson
MARK S. NELSON
State Bar. No. 1014760

MARK S. NELSON
Nelson, Connell, Conrad, Tallmadge & Slein, S.C.
N14 W23755 Stone Ridge Drive, Suite 150
P.O. Box 1109
Waukesha, WI 53187-1109
Telephone (262) 347-0303
Facsimile (262) 347-0606
Email: mnelson@ncctslaw.com