THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 2, 2013



Susan V. Kelley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In re:** | **Case No. 11-20059-svk** |
| **ARCHDIOCESE OF MILWAUKEE,** | **Chapter 11** |
| Debtor. | |
| **Archdiocese of Milwaukee,** | **Adv. Proc. No. 12-02835-svk** |
| Plaintiff, | |
| and | |
| **Donald Marshall,** | |
| **Dean Weissmuller,** | |
| Additional Plaintiffs, | |
| vs. | |
| **Stonewall Insurance Company, et al.,** | |
| Defendants. | |

**ORDER APPROVING STIPULATION REGARDING FEE CAP FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PROFESSIONALS IN COVERAGE LITIGATION AGAINST VARIOUS UNDERWRITERS AT LLOYD'S, LONDON AND STONEWALL INSURANCE COMPANY**

Upon consideration of the *Stipulation Regarding Fee Cap of the Official Committee of Unsecured Creditors and Its Professionals* (the "Stipulation"), and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. All legal work performed by professionals retained by the Official Committee of Unsecured Creditors (the "Committee"), including but not limited to Pachulski Stang Ziehl & Jones, and Paul A. Richler in connection with the Archdiocese of Milwaukee's (the "Debtor") *Complaint for Declaratory Relief* [Adv. Proc. No. 12-02835-svk, Dkt. 1] against Stonewall Insurance Company and various Underwriters at Lloyd's, London (the "Insurance Coverage Action"), is subject to a fee cap of $200,000.

3. The fee cap on professional services will be exclusive of any costs or disbursements.

4. The fee cap on professional services will begin with services rendered on or after October 5, 2012.

5. If this proceeding leads to further mediation sessions related to the Insurance Coverage Action, the first thirty (30) hours of any mediation participation will be included within this fee cap.

6. The Committee and its professionals reserve the right to request additional fees for attendance at mediation sessions that go beyond the thirty (30) hour inclusion of mediation fees, and the Debtor reserves the right to object to any such requests.

#####